# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RED HAWK VIEWS, LLC, c/o DANIEL L. JONES, <br><br>　　　　　Plaintiff, <br><br>vs. <br><br>MULTIBANK 2009-1 RES-ADC VENTURE, LLC and RES-NV SUMMERLIN, LLC, NEVADA TITLE COMPANY, <br><br>　　　　　Defendants. | Case No.  2:10-cv-02073-GMN-GWF <br><br>**ORDER** |

　　　　This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order.  The Complaint (#1) in this matter was filed November 3, 2010.  Defendants filed their Answer (#12) on December 27, 2010.  Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order.  To date, the parties have not complied.  Accordingly,

　　　　**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **February 24, 2011** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

　　　　DATED this 14th day of February, 2011.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge