RANDY D. DELGADO, ESQ.
Nevada Bar No. 10336
Randy.DelgadoII@kutakrock.com
KUTAK ROCK LLP
8601 North Scottsdale Road, Suite 300
Scottsdale, AZ 85253-2742
Telephone: (480) 429-5000
Facsimile: (480) 429-5001

DEAN S. BENNETT, ESQ.
Nevada Bar No. 6221
DBennett@nevadafirm.com
F. THOMAS EDWARDS, ESQ.
Nevada Bar No. 9549
TEdwards@nevadafirm.com
SANTORO, DRIGGS, WALCH,
KEARNEY, HOLLEY & THOMPSON
400 South Fourth Street, 3rd Floor
Las Vegas, NV 98101
Telephone: (702) 791-0308
Facsimile: (702) 791-1912

*Attorneys for Defendants*
*Multibank 2009-1 RES-ADC Venture, LLC, and RES-NV Summerlin, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RED HAWK VIEWS, LLC C/O DANIEL L. JONES,<br><br>    Plaintiff,<br><br>v.<br><br>MULTIBANK 2009-1 RES-ADC VENTURE, LLC, RES-NV SUMMERLIN, LLC, NEVADA TITLE COMPANY,<br><br>    Defendants. | CASE NO.: 2:10-cv-02073-GMN-GWF |

### STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE

Plaintiff, Red Hawk Views, LLC c/o Daniel L. Jones ("Red Hawk") and Defendants Multibank 2009-1 RES-ADC Venture, LLC, RES-NV Summerlin, LLC (collectively, the "Multibank Defendants") hereby stipulate and agreed to the following:

- 1 -

4845-2576-4874.1

1. That Defendant Nevada Title Company has not appeared or defended in this matter.

2. That this case may be dismissed, with prejudice, as to all claims and all parties.

3. That each stipulating party will bear its own fees and costs.

Dated this 18th day of August, 2011.

| Red Hawk Views, LLC | KUTAK ROCK LLP |
|---|---|
| By /s/ Daniel L. Jones<br>47 Skybird Court<br>Las Vegas, NV 89135<br>*Representing Red Hawk* | By /s/ Randy D. Delgado<br>Randy D. Delgado<br>Nevada State Bar No. 10336<br>Suite 300<br>8601 N. Scottsdale Rd.<br>Scottsdale, AZ 85253<br>*Attorneys for the Multibank Defendants* |

**IT IS SO ORDERED** this 25th day of August, 2011.

_____
Gloria M. Navarro
United States District Judge

4845-2576-4874.1